No. 94–582. SHONG-CHING TONG *v.* GENERAL DYNAMICS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–587. CHOW ET UX. *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–594. NASH *v.* HALLIBURTON CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–598. ROACH *v.* BEAUFORT COUNTY SCHOOLS. Ct. App. N. C. Certiorari denied.

No. 94–601. MUMMAU *v.* MUMMAU. Super. Ct. Pa. Certiorari denied.

No. 94–604. QUINTERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–606. KOCZAK *v.* SMITH, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–611. S&P CO. *v.* YORKSHIRE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–653. JACOBS MANUFACTURING CO. *v.* SAM BROWN CO. C. A. 8th Cir. Certiorari denied.

No. 94–5207. DE LA FE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5228. NEAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5384. LAMBERT *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–5480. CARROLL *v.* PHILLIPS. Sup. Ct. N. C. Certiorari denied.

No. 94–5599. TODD *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 94–5771. COPPLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.